UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  2:26–cv–01421–MWF–DSR            Date      April 28, 2026

Title     MARCO RUIZ V. PRODUCTOS NATURALES LA VITAMINA ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

            Rita Sanchez                              Not Reported;
          Courtroom Deputy                           Court Reporter

     Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):
              None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**

     In light of the Notice of Settlement filed 4/24/26, the Court sets a hearing on Order To Show Cause Re Dismissal for June 3, 2026 at 11:30 AM. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

     **IT IS SO ORDERED.**

                                                     Initials of Clerk:  rs